PD-0206-16
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/17/2016 12:21:36 PM
Accepted 5/17/2016 3:01:43 PM
ABEL ACOSTA
CLERK

In the Court of Criminal Appeals of Texas

| | | |
|---|---|---|
| REGINALD DARRELL THOMAS, | § | |
| *Appellant,* | § | |
| | § | |
| V. | § | PD-0206-16 |
| | § | |
| THE STATE OF TEXAS, | § | |
| *Appellee,* | § | |

_____

Motion for Leave to Withdraw
Petition for Discretionary Review

_____

**To the Honorable Court of Criminal Appeals of Texas:**

*Motion for Leave to Withdraw*

Counsel for Appellant, The Saputo Law Firm, PLLC, by Paul Saputo, Texas state bar number 24083782, hereby moves this court for leave to withdraw from representation as attorney for Petitioner in this case for the following reason:

**I.**

*Retention*

Petitioner appears to have fired movant. A dispute has been made on the credit card payment to counsel for representation on this case. Movant has determined through phone calls with the credit card processor that the dispute was made for "goods or services not provided." This dispute has resulted in the funds

FILED IN
COURT OF CRIMINAL APPEALS

May 17, 2016

ABEL ACOSTA, CLERK

for representation being withdrawn from counsel's bank account. Attempts to clarify whether this dispute on payment was an attempt to fire movant have been met with ambiguity and have raised serious doubts in counsel's mind whether Petitioner desires movant to represent him. At this point, movant is unsure whether counsel can ethically continue to represent Petitioner. Petitioner is free to represent himself in this case, and counsel does not wish to submit work product against the wishes of Petitioner.

*Communication*

Movant is unable to effectively communicate with Petitioner so as to be able to adequately represent Petitioner.

## II.

Counsel is prepared to submit a timely Petition for Discretionary review if the Court does not permit movant to withdraw. Movant has unsuccessfully attempted to resolve this dispute with Petitioner, and Movant believes that further attempts to resolve this dispute will be fruitless. Given the pending deadline to submit the Petition for Discretionary Review, movant believes that it is in Petitioner's best interest to file this motion with as much notice as possible to movant so that movant might take all appropriate steps to prepare a timely Petition for Discretionary Review.

## III.

Pursuant to Tex. R. App. P. 6.5(a)(1), movant hereby notifies Petitioner that the deadline for filing the Petition for Discretionary Review is Monday, May 23, 2016. A copy of this Petition has been sent to Reginald Darrell Thomas, Petitioner, at his last known address and by email.[1] Petitioner's last known address is 4300 Old Mansfield Rd., Fort Worth, TX 76119-2730, and his telephone number is (682) 323-9236.

Petitioner has been notified via email that he has the right to object to this motion, and Petitioner is again hereby notified in writing of his right to object to this motion.

Respectfully submitted,

The SAPUTO LAW FIRM, PLLC

By: /s/ Paul Saputo
Paul Saputo
Texas Bar No. 24083792
1320 Griffin St. E.
Dallas, TX 75215
*Tel.* (469) 751-2171
*Fax* (888) 236-2516
*Email* paul@saputo.law

**ATTORNEY FOR PETITIONER**

---

[1] *See* Tex. R. App. P. 6.5(a)(2),(3)

## CERTIFICATE OF SERVICE

This is to certify that a correct copy of the above and foregoing has been sent by email, certified and by first-class mail to Petitioner at his last known address, and electronically sent to the State Prosecuting Attorney and the Dallas County District Attorney Susan Hawk, Appellate Section, 133 N. Riverfront Blvd;, LB 19, Dallas TX 75207, via electronic filing service.

/s/ Paul Saputo
Paul Saputo

*VIA ELECTRONIC FILING SERVICE*